Scott E. Shaffman, S.B.# 90276
98 Del Monte Ave., Suite 200
Monterey, CA 93940
TEL: (831) 333-0321
FAX: (831)333-9012
sshaffman@aol.com

Attorney for Plaintiff,
JEAN CURRY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEAN CURRY** ) | CASE NO.: |
| ) | |
| ) | **COMPLAINT FOR DISABILITY BENEFITS UNDER ERISA** |
| **Plaintiff,** ) | |
| vs. ) | [29 U.S. CODE SEC. 1132 (a)(1)(B)] |
| ) | |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA;** ) | |
| ) | |
| **Defendants.** ) | |

Plaintiff JEAN CURRY alleges:

## JURISDICTION

1. Plaintiff JEAN CURRY is an individual residing in Canyon County, Idaho.

2. Defendant INSURANCE COMPANY OF NORTH AMERICA ("LINA") is a business organization doing business in the State of California as an insurer, with a principal place of business in the State of Pennsylvania.

3. This action is brought under the Employee's Retirement Income Security Act of 1974, 29 U.S.

---

COMPLAINT                                      1

Code Section 1002, et. seq. (ERISA), as it involves an employer-sponsored group disability insurance plan.

4. This court therefore has subject matter jurisdiction under 29 U.S.C. Sec. 1332(e)(1)

## INTRADISTRICT ASSIGNMENT

5. Plaintiff was a resident of Santa Clara County, California when the contract was entered into and when the claims were made and the insurance contract was to be performed in Santa Clara County; therefore, a substantial part of the events which gave rise to this claim occurred in Santa Clara County.

6. Accordingly, this case should be assigned to the San Jose Division of the USDC for the Northern District of California, under Civil Local Rule 3-2c).

## First Cause of Action

## CLAIM AGAINST LINA FOR BENEFITS UNDER ERISA

7. On or about September 27, 2017, plaintiff was insured under a group Long Term Disability ("LTD") insurance policy issued by defendant LINA provided through her employer APPLE, INC.

8. At all times herein mentioned the LTD policy was in full force and effect; plaintiff had paid policy premiums in full, and otherwise performed all obligations under the policy.

9. On or about May September 23, 2017, plaintiff suffered a covered loss when she became disabled under the terms of the LINA LTD policy.

10. Plaintiff made timely notice of claim.

11. After the 365 day elimination period, benefits were payable beginning September 23, 2018; LINA paid benefits for approximately 12 months, until September 23, 2019.

12. On or about December 12, 2019, LINA terminated the benefit, effective September 23, 2019 and denied additional benefits.

13. Plaintiff timely filed an administrative appeal under the terms of the LINA LTD policy

14. On or about September 23, 2021 UNUM denied the administrative appeal of the LTD claim.

15. Plaintiff has been disabled under the terms of the LTD policy since September 23, 2017 and continues to be so disabled as of the filing of this complaint.

COMPLAINT                                       2

16. Plaintiff has been entitled to LTD benefits of approximately $6208 per month since September 23, 2019 and is entitled to ongoing monthly benefit through agr 65; past-due benefits as of the filing of this complaint are about $150,000.

WHEREFOR, Plaintiffs prays Judgment against defendant LINA as follows:

1. For long term disability policy benefits, in an amount according to proof, estimated to be $150,000 through the filing of this complaint and ongoing at $6208 per month..

2. For reasonable attorneys fees in obtaining policy benefits, under the provisions of ERISA.

3. For costs of suit herein.

4. For such other relief as the court deems proper.

Dated:   10/28/2021                  /S/ Scott E. Shaffman
                                     SCOTT E. SHAFFMAN, Attorney for Plaintiff

COMPLAINT                              3